## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANIBELKA HENRIQUEZ SQUIRES,**<br>**2616 Lady Grove Road**<br>**Mitchellville, MD 20721** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No. _____** |
| | ) | **Formerly Case No. 2019 CA 006410 B** |
| **GALLAUDET UNIVERSITY** | ) | **Superior Court for the** |
| **800 Florida Ave, NE** | ) | **District of Columbia** |
| **Washington, D.C. 20002,** | ) ) | |
| **Defendant.** | ) ) | |

### NOTICE OF REMOVAL

Defendant Gallaudet University ("Defendant" or "Gallaudet"), by and through its undersigned attorneys, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby notices the removal of this action to the United States District Court for the District of Columbia. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1.      On or about September 30, 2019, Plaintiff Anibelka Henriquez Squires ("Plaintiff"), filed a *pro-se* Complaint in the above action against Defendant in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2020 CA 0061410 B. Plaintiff's Complaint alleged that Defendant violated the D.C. Human Rights Act on the basis of her race because she is a Latina and on the basis of her disability, and Plaintiff alleged that she was subjected to a hostile work environment. Plaintiff's Complaint only sought "all remedies available under D.C. law." Pl. Compl.

2.      On or about October 22, 2019, Defendant filed its Motion to Dismiss Plaintiff's Complaint.

3.      On or about November 18, 2019, Plaintiff filed a *pro-se* Amended Complaint, and again sought "all remedies available under D.C [sic] law . . ." Pl. Am. Compl.

4.      On or about December 11, 2019, Defendant filed a Motion to Strike Plaintiff's Amended Complaint.

5.      On January 10, 2020, the honorable Judge Jose M. Lopez held a scheduling conference and continued the matter to February 7, 2020 to allow Plaintiff to obtain counsel.

6.      On or about April 28, 2020 Plaintiff, having now retained counsel, file a Motion to File an Amended Complaint and attached her Second Amended Complaint thereto. See Pl. Mot. to File Am. Compl. In her Second Amended Complaint, Plaintiff now, for the first time alleged that Defendant violated U.S. Federal laws including Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, and Family Medical Leave Act of 1993, in addition to realleging violations of D.C. laws. Specifically, the Second Amended Complaint included the following counts:

> COUNT I - RETALIATION (Adverse Actions, Protected Activity Deterrents and Termination) Title VII of the Civil Rights Act of 1964 42 U.S.C. §§ 2000e et seq.

> COUNT II - HOSTILE WORK ENVIRONMENT (Adverse Actions and Protected Activity Deterrents) Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.

> COUNT III - WRONGFUL TERMINATION Title VII of the Civil Rights Act of 1964 42 U.S.C. § 2000e et. seq.

> COUNT IV - RACE DISCRIMINATION (Disparate Treatment) Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.

2

COUNT V - DISABILITY DISCRIMINATION (Disparate Treatment) Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101, et seq.

COUNT VI - HOSTILE WORK ENVIRONMENT (Adverse Actions and Protected Activity Deterrents) Americans with Disabilities Act of 1990, as amended 42 U.S.C. § 12101, et seq.

COUNT VII - RETALIATION (Adverse Actions and Protected Activity Deterrents and Termination) American with Disabilities Act of 1990, as amended 42 U.S.C. § 12101, et seq.

COUNT VIII - RETALIATION Family Medical Leave Act of 1993, as amended 29 U.S.C. § 2601, et seq.

COUNT IX - RACE DISCRIMINATION District of Columbia Human Rights Act D.C. Code § 2–1401.01, et seq.

COUNT X - RETALIATION District of Columbia Human Rights Act D.C. Code § 2–1401.01, et seq.

COUNT XI HOSTILE WORK ENVIRONMENT (Adverse Actions and Protected Activity Deterrents) District of Columbia Human Rights Act D.C. Code § 2–1401.01, et seq.

COUNT XII (INTERFERENCE) District of Columbia Accrued Safe and Sick Leave Act D.C. Code § 32-531.01 et seq.

Pl. 2nd Am. Compl.

7.     On April 29, 2020, the Honorable Judge Lopez issued an Omnibus Order denying as moot Defendant's Motion to Dismiss and Motion to Strike the Amended Complaint, and he entered an Order Granting Plaintiff's Motion to Amend the Complaint, which accepted Plaintiff's Second Amended Complaint.

8.     In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Superior Court for the District of Columbia as of this date are attached hereto as **Exhibit A**.

3

**Procedural Posture**

9.      While the original action was initiated on September 30, 2019, the federal claims sufficient to grant this Court jurisdiction over this action were not pled until on or about April 28, 2020.

10.      Upon information and belief, on April 28, 2020, Defendant was served through its counsel via the D.C. Superior Court's Case File Xpress electronic service system.

11.      The Notice of Removal of this case to the United States District Court for the District of Columbia is being timely filed by Defendant within thirty (30) days after service of the Second Amended Complaint, which was the first version of Plaintiff's pleading from which it was ascertained that the case is removable pursuant to 28 U.S.C. § 1331, was purportedly effected on Defendant on April 28, 2020 pursuant to 28 U.S.C. § 1446(b)(3).

**Parties**

12.      Plaintiff alleges in Paragraph 6 of her Second Amended Complaint that she is an individual residing in Maryland and is therefore a citizen of Maryland. *See* Pl. 2nd Am. Compl. at ¶ 6.

13.      Defendant is a university that operates within the District of Columbia. *See id.* at ¶ 4.

**Jurisdiction and Venue**

14.      This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1331, which provides that, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

15.     Specifically, in addition to realleging violations of D.C. laws, this action is a civil action alleging violations of the following U.S. Federal laws: Title VII of the Civil Rights Act of 1964; the Americans with Disabilities Act of 1990; and the Family Medical Leave Act of 1993.   Therefore, the Second Amended Complaint falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (c).

16.     Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated his lawsuit and the jurisdiction in which the alleged incident occurred.

17.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia and served along with written notice on Plaintiff's counsel of record.   A copy of the Notice to the Clerk of Removal is attached hereto as **Exhibit B**.

18.     No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved to Defendant.

WHEREFORE, Defendant Gallaudet University hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

Dated: May 20, 2020                     **Respectfully submitted,**

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

*/s/Anthony M. Batt*
Christopher E. Hassell, Esq. (D.C. Bar No.: #291641)
Anthony M. Batt, Esq. (D.C. Bar No.: #1616459)
1233 20th Street, N.W., Ste. 800
Washington, D.C. 20036
(202) 712-7000 (telephone)
(202) 712-7100 (facsimile)
chassell@bonnerkiernan.com
abatt@bonnerkiernan.com
*Counsel for Defendant Gallaudet University*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANIBELKA HENRIQUEZ SQUIRES,** | ) | |
| **2616 Lady Grove Road** | ) | |
| **Mitchellville, MD 20721** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | **Formerly Case No. 2020 CA 006410 B** |
| **GALLAUDET UNIVERSITY** | ) | **Superior Court for the** |
| **800 Florida Ave, NE** | ) | **District of Columbia** |
| **Washington, D.C. 20002,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2020, a copy of the foregoing *Notice of Removal* was served via first class mail and this Court's ECF/CM system upon:

Paul V. Bennet, Esq.
Bennett & Ellison, P.C.
2086 Generals Highway, Ste. 201
Annapolis, Maryland 21401
pbennett@belawpc.com
*Counsel for Plaintiff*

/s/Anthony M. Batt_____
Christopher E. Hassell, Esq. (D.C. Bar No.: #291641)
Anthony M. Batt, Esq. (D.C. Bar No.: #1616459)
1233 20th Street, N.W., Ste. 800
Washington, D.C. 20036
(202) 712-7000 (telephone)
(202) 712-7100 (facsimile)
chassell@bonnerkiernan.com
abatt@bonnerkiernan.com
*Counsel for Defendant Gallaudet University*